# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

CLIFFORD I. RUCKER,
   Plaintiff,

vs.

POLICE OFFICER HARDY, et al.,
   Defendants.

Case No. 1:17-cv-823
Black, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff's motion for Kroger Limited Partnership I/Kroger Company[1] to provide him with copies of video surveillance footage. (Doc. 20). Defendants The Kroger Limited Partnership I and Tom Herman filed a response on April 9, 2018, giving notice that they have complied with plaintiff's request and have sent a DVD of the surveillance footage to him at the address listed on the docket sheet. (Doc. 21). Accordingly, plaintiff's motion is **DENIED** as moot.

**IT IS SO ORDERED.**

Date: 5/14/18

Karen L. Litkovitz
United States Magistrate Judge

---

[1] Defendants state that the company's correct name is "The Kroger Limited Partnership I" and plaintiff has improperly identified defendant Tom Herman as "Kroger Manager Tom Holman." (Doc. 21).